UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GEORGE PAPPANIKOLAOU, et al.,

                Plaintiffs,

  -against-

NEW YORK CITY, et al.,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
01-CV- 0865 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 22, 2005 ★
P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable David G. Trager, United States District Judge, having been filed on July 15, 2005, granting defendants' motion to dismiss for plaintiff's continued violation of the Rule 8 pleading requirements; and dismissing the action without leave to replead; it is

ORDERED and ADJUDGED that judgment is hereby entered granting defendants' motion to dismiss for plaintiff's continued violation of the Rule 8 pleading requirements; and that the action is dismissed without leave to replead.

Dated: Brooklyn, New York
        July 15, 2005

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court